# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JEFFREY LAFRENCE, on behalf of
himself and all others similarly situated,

    Plaintiff,

                                   **Case Number:** 26-cv-334 (JMB/DRS)

v.

VITALANT,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Eric j. Van Schyndle, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Zachary S. Foster, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Middle District of Florida, but not admitted to the bar of this court, who will be counsel for the defendant Vitalant in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the

QB\101508913.3

presentation of the case listed above, and accept service of all papers served as required by

LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the

court (sign and complete information below and attach a completed Motion for Permission

for a Non-Resident to Serve as Local Counsel).

Dated this April 9, 2026                         QUARLES & BRADY LLP

                                                 */s/ Eric. J. Van Schyndle*
                                                 Eric J. Van Schyndle (0398845)
                                                 eric.vanschyndle@quarles.com
                                                 411 E. Wisconsin Ave., Ste 2400
                                                 Milwaukee, WI 53202
                                                 Tel: (414) 277-5155
                                                 Fax: (414) 978-8294
                                                 *Counsel for Vitalant*

2

**Affidavit of Proposed Admittee**

I, Zachary S. Foster, am currently a member in good standing of the U.S. District Court for the Middle District of Florida but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

3

QB\101508913.3

Signature: /s/ *Zachary S. Foster*                Date: April 9, 2026

Typed Name: Zachary S. Foster

Attorney License Number: 111980 issued by the State of Florida

Law Firm Name: Quarles & Brady LLP

Law Firm Address: 101 E. Kennedy Boulevard, Suite 3400, Tampa, FL 33602

Main phone: (813) 387-0300                Direct line: (813) 387-0273

E-mail address: zachary.foster@quarles.com

4