## MOTION FOR PERMISSION FOR A
## NON-RESIDENT TO SERVE AS LOCAL COUNSEL

I, Eric Van Schyndle, hereby request permission to serve as local counsel in the following matter: *Jeffrey LaFrence v. Vitalant*, Court File No. 26-cv-334 (JMB/DRS).

I am a member in good standing of the bar of this Court and have been admitted to practice before this court since 2017.  I practice law in Milwaukee, Wisconsin with the law firm of Quarles & Brady LLP and, if permitted to serve as local counsel, I intend to work primarily from that location.

I have appeared as counsel in the following cases in this court in the last five years:

1.  *Robert M. Klenotich v. Equifax Information Services LLC, et al.*, Case No. 0:19-cv-01556-ECT-BRT;

2.  *Ascentium Capital LLC v. Central Medical Clinic of St. Paul, PLLC, et al.*, Case No. 0:19-cv-02831-SRN-TNL;

3.  *Dana R. Antinozzi v. Credit One Bank, N.A., et al.*, Case No. 0:20-cv-01615-NEB-TNL;

4.  *Mednet Solutions, Inc. v. Eric Jacobson and Veeva Systems, Inc.,* Case No. 0:20-cv-02502;

5.  *Holmgren v. Equifax Information Services LLC et al.,* Case Number: 0:22-cv-02147-NEB-LIB;

6.  *Kohler Company v. CPA Global Limited*, Case Number: 22-cv-02884-JWB/TNL;

7.  *Verde Environmental Technologies, Inc. v. Daniels Sharpsmart, Inc.*, 24-cv-2163-PJS/TNL.

I have never been sanctioned or disciplined by any court or licensing body.

I have read and understand the Local Rules and the Electronic Case Filing Procedures for the District of Minnesota.

5

I would like the Judge to consider the following additional information in support of my motion.

_____
_____
_____
_____

*/s/ Eric Van Schyndle*           Date: April 9, 2026
Attorney's Signature

6

QB\101508913.3